No. 01–1589. HERNANDEZ-LOPEZ ET AL. *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 01–1591. ULLICO, INC., ET AL. *v.* BLACK, TRUSTEE. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–1593. POTTS *v.* POTTS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF POTTS, DECEASED, ET AL. Ct. App. Tenn. Certiorari denied.

No. 01–1594. ALCAN ALUMINUM CORP. *v.* PRUDENTIAL ASSURANCE CO. LTD. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1595. MCGOVERN *v.* MCGOVERN ET UX. Ct. App. Ariz. Certiorari denied.

No. 01–1603. LEVY ET UX. *v.* SWIFT TRANSPORTATION CO. ET AL. Ct. App. N. M. Certiorari denied.

No. 01–1604. LAVINE, AS NEXT FRIEND OF LAVINE *v.* BLAINE SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1608. HOULIHAN, LOKEY, HOWARD & ZUKIN, INC. *v.* CIRCLE K CORP., DEBTOR. C. A. 9th Cir. Certiorari denied.

No. 01–1609. INDIAN RIVER ESTATES ET AL. *v.* PREFERRED PROPERTIES, INC. C. A. 6th Cir. Certiorari denied.

No. 01–1614. LOCAL UNION NO. 272, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO *v.* PENNSYLVANIA POWER CO. C. A. 3d Cir. Certiorari denied.

No. 01–1617. ATWOOD, DIRECTOR, WYOMING DEPARTMENT OF REVENUE, ET AL. *v.* BURLINGTON NORTHERN & SANTA FE RAILWAY CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–1625. SOLOMON *v.* SUPREME COURT OF FLORIDA ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.